**Arthur J. CLEMENS, Jr., Appellant,**

v.

**VETERANS ADMINISTRATION, Appellee.**

No. 05–2654.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 16, 2007.

Filed: Feb. 22, 2007.

Arthur J. Clemens, Jr., Overland, MO, pro se.

Deborah L. Golemon, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

PER CURIAM.

Arthur J. Clemens, Jr., appeals from the district court's [1] adverse grant of summary judgment in his action brought under the Freedom of Information Act, 5 U.S.C. § 552. Having carefully reviewed the record and the parties' briefs, we agree that summary judgment was proper for the reasons stated by the district court. See *Missouri v. U.S. Dep't of Interior,* 297 F.3d 745, 749 (8th Cir.2002) (de novo re-

[1]. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

view). Accordingly, we affirm. *See* 8th Cir. R. 47B.